**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 96-6902**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TYRONE LEE,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the District of Virginia, at Richmond. Robert R. Merhige, Jr., Senior District Judge. (CR-89-53-R)

―――――――――

Submitted:  June 19, 1997          Decided:  July 2, 1997

―――――――――

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Tyrone Lee, Appellant Pro Se.  N. George Metcalf, Assistant United States Attorney, Richmond, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for modification of his term of imprisonment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Lee, No. CR-89-53-R (E.D. Va. May 24, 1996). We grant Appellant's motion to amend his informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2